AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Type text here

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| PATRICIA BERRY | ) | |
|  | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   8:26-cv-02803-DLB |
|  | ) | |
|  | ) | |
| CAPITAL ONE NAT'L ASSOC et al | ) | |
|  | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capital One National Association
c/o CSC-Lawyers Incorporating Service Company
    7 Saint Paul Street, Suite 820
    Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/17/2026
_____    _____
                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Type text here

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| PATRICIA BERRY | ) | |
|  | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   8:26-cv-02803-DLB |
|  | ) | |
|  | ) | |
| CAPITAL ONE NAT'L ASSOC et al | ) | |
|  | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Comenity Servicing, LLC
c/o Corporation Trust Incorporated
   2405 York Road, Suite 201
   Lutherville Timonium, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    7/17/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland ▼

|  |  |  |
|---|---|---|
| PATRICIA BERRY | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  8:26-cv-02803-DLB |
| CAPITAL ONE NAT'L ASSOC et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Equifax Information Services, LLC
c/o CSC-Lawyers Incorporating
Service Company
7 Saint Paul Street, Suite 820
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/17/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

|  |  |  |
|---|---|---|
| PATRICIA BERRY | ) ) ) ) |  |
| _Plaintiff(s)_ | ) ) |  |
| v. | ) ) | Civil Action No. 8:26-cv-02803-DLB |
| CAPITAL ONE NAT'L ASSOC et al | ) ) ) ) |  |
| _Defendant(s)_ | ) |  |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Experian Information Solutions, Inc
c/o Corporation Trust Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 7/17/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Type text here

|  |  |  |
|---|---|---|
| PATRICIA BERRY | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  8:26-cv-02803-DLB |
| CAPITAL ONE NAT'L ASSOC et al | | |
| *Defendant(s)* | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LendingClub Corporation
c/o CSC-Lawyers Incorporating Service Company
   7 Saint Paul Street, Suite 820
   Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/17/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Type text here

|  |  |  |
|---|---|---|
| PATRICIA BERRY | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   8:26-cv-02803-DLB |
| CAPITAL ONE NAT'L ASSOC et al | ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Navy Federal Credit Union
820 Follin Ln SE
Vienna, VA 22180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/17/2026   _____          _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Type text here

|  |  |  |
|---|---|---|
| PATRICIA BERRY | ) ) ) ) ) ) |  |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  8:26-cv-02803-DLB |
| CAPITAL ONE NAT'L ASSOC et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Portfolio Recovery Associates, LLC
c/o CSC-Lawyers Incorporating Service Company
7 Saint Paul Street, Suite 820
Baltimore, Maryland 21202


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:     7/17/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Type text here

|  |  |  |
|---|---|---|
| PATRICIA BERRY | ) ) ) ) | |
| _____<br>*Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.   8:26-cv-02803-DLB |
| CAPITAL ONE NAT'L ASSOC et al | ) ) ) ) | |
| _____<br>*Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Security First Bank
    5505 Red Rock Ln
    Lincoln, NE 68516

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Jeffery W. Styles, Esq.
        Washington Legal Group LLC
        1001 Connecticut Ave NW
        Suite 1138
        Washington, DC 200366

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/17/2026

                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Type text here

|  |  |
|---|---|
| PATRICIA BERRY | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No.  8:26-cv-02803-DLB |
| CAPITAL ONE NAT'L ASSOC et al | ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Synchrony Bank
170 West Election Rd
Draper, UT 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:  7/17/2026 _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

|  |  |  |
|---|---|---|
| PATRICIA BERRY | ) ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.    8:26-cv-02803-DLB |
| CAPITAL ONE NAT'L ASSOC et al | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   TRANS UNION, LLC
c/o CSC-Lawyers Incorporating
Service Company
7 Saint Paul Street, Suite 820
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   7/17/2026

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Type text here

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| PATRICIA BERRY | ) | |
|  | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:26-cv-02803-DLB |
|  | ) | |
|  | ) | |
| CAPITAL ONE NAT'L ASSOC et al | ) | |
|  | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Verizon Wireless Services, LLC
c/o Corporation Trust Incorporated
    2405 York Road, Suite 201
    Lutherville Timonium, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffery W. Styles, Esq.
Washington Legal Group LLC
1001 Connecticut Ave NW
Suite 1138
Washington, DC 200366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___7/17/2026_____

_____
*Signature of Clerk or Deputy Clerk*